**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Fidel ANGEL-RUIZ, Defendant-Appellant.**

**No. 15-50529**

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 27, 2017

Daniel Earl Zipp, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Joseph M. McMullen, Esquire, Law Offices of Joseph M. McMullen, San Diego, CA, for Defendant-Appellant

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

## MEMORANDUM **

Fidel Angel-Ruiz appeals from the district court's judgment and challenges the 78-month sentence imposed following his guilty-plea conviction for importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Angel-Ruiz contends that the district court clearly erred when it denied his request for a minor role adjustment under U.S.S.G. § 3B1.2. The record reflects that the court properly compared Angel-Ruiz to his co-participants in the offense, and considered all of the factors enumerated in the commentary to the minor role Guideline. *See* U.S.S.G. § 3B1.2 cmt. n.3(C) (2015); *United States v. Quintero-Leyva*, 823 F.3d 519, 523 (9th Cir. 2016). In light of the totality of the circumstances, including Angel-Ruiz's repeated involvement in transporting drugs into the United States and money back to Mexico, we conclude that the district court did not clearly err in finding that Angel-Ruiz was not a minor participant. *See Quintero-Leyva*, 823 F.3d at 522-23.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.